UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ABDULLAH JAMES GEORGE WILSON,                       :
on behalf of himself and others similarly situated        :
:  Case No. 1:14-cv-2477 (JPO) (RLE)
Plaintiff,            :
:
-against-                    :
:
CORELOGIC SAFERENT, LLC                              :
:
Defendant.         :
:
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that upon the Memorandum of Law in support of the motion, and all prior pleadings and proceedings in this action, the undersigned will hereby move before the Honorable J. Paul Oetken, U.S.D.J., at Courtroom 706, United States Courthouse, 40 Foley Square, New York, New York, 10007 for an order (i) pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing with prejudice Count I of the Complaint; and (ii) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 19, 2014

                                                TROUTMAN SANDERS LLP

                                                By:  /s/Christina H. Bost Seaton
                                                    Christina H. Bost Seaton, Esq.
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                (212) 704-6000

                                                *Attorneys for Defendant*