UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ABDULLAH JAMES GEORGE WILSON,                                           :
on behalf of himself and others similarly situated,                     :
                                                                        :   Case No. 1:14-cv-2477 (JPO) (RLE)
                     Plaintiff,                                         :
                                                                        :
          -against-                                                     :
                                                                        :
CORELOGIC SAFERENT, LLC,                                                :
                                                                        :
                     Defendant.                                         :
                                                                        :
------------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Declaration of Matthew Knowles dated February 9, 2016 and the exhibit thereto; the Declaration of Timothy St. George dated February 9, 2016 and the exhibits thereto; the accompanying Memorandum of Law dated February 9, 2016; and all of the pleadings and proceedings heretofore in this case, Defendant, CoreLogic SafeRent, LLC, by counsel, will move this Court for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in its favor under Counts II and III of the Complaint dated April 9, 2014.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Agreed Order (Dkt. No. 103), Plaintiff's response is to be served no later than March 9, 2017.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Agreed Order (Dkt. No. 103), Defendant's reply is to be served no later than March 23, 2017.

Dated: New York, New York
       February 9, 2017

                TROUTMAN SANDERS LLP

                By: /s/ Timothy J. St. George
                Kevin P. Wallace
                TROUTMAN SANDERS LLP
                875 Third Avenue
                New York, NY 10022
                Tel.: (212) 704-6440
                Fax: (212) 704-5913

                Alan D. Wingfield (*pro hac vice*)
                David N. Anthony (*pro hac vice*)
                Timothy J. St. George (*pro hac vice*)
                1001 Haxall Point
                Richmond, VA 23219
                Tel: (804) 697-1650
                Fax: (804) 698-5118

                *Attorneys for Defendant*