

Skip to Content

# Department of Corrections and Community Supervision

## Disclaimer

The New York State Department of Corrections and Community Supervision provides access to resources and other information on this Web site as a public service. Although reasonable efforts have been made to ensure that all electronic information made available is current, complete and accurate, the Department of Corrections and Community Supervision does not warrant or represent that this information is current, complete and accurate. All information is subject to change on a regular basis, without notice.

The Department of Corrections and Community Supervision neither assumes any responsibility for any errors in the information provided, nor assumes any liability for any damages incurred as a consequence, directly or indirectly, of the use and application of any of the contents of the Department of Corrections and Community Supervision Web site. Unless otherwise noted on an individual document, file, web page or other Web site item, the Department of Corrections and Community Supervision grants users permission to reproduce and distribute all information available on this Web site for non-commercial purposes and usage, as long as the contents remain unaltered and as long as it is noted that the contents have been made available by the New York State Department of Corrections and Community Supervision.



EXHIBIT A

WILSON 00048

http://www.doccs.ny.gov/disclaimer.htm                              10/15/2012