UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ABDULLAH JAMES GEORGE WILSON, on :
behalf of himself and others similarly situated, :
: C.A. No. 14-CV-2477 (JPO) (RLE)
:
Plaintiffs, :
: PLAINTIFF'S RESPONSE IN
: OPPOSITION TO DEFENDANT'S
- against - : MOTION FOR PARTIAL
: SUMMARY JUDGMENT
CORELOGIC SAFERENT, LLC :
Defendant. :
:
--------------------------------------------------------------x

**LEGAL ACTION CENTER**
Monica Welby (MW-7373)
Sally Friedman (SF-3344)
225 Varick Street, Suite 402
New York, NY 10014
Tel: (212) 243-1313
Fax: (212) 675-0286
mwelby@lac.org
sfriedman@lac.org

**FRANCIS & MAILMAN, P.C.**
James A. Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
Lauren Brennan *(pro hac vice)*
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com
lbrennan@consumerlawfirm.com

*Attorneys for Plaintiff and the Class*

Dated: March 17, 2017