# Exhibit 1



# Lease Decision

**Transaction No:** 0032473816   **Performed By:** PBADILLO   **Performed On:** Monday April 16, 2012 / 13:12:46 EST
**Property:** NR436 - Eastchester Heights - Bronx NY 10469

Your community's decision for this transaction appears below based on your management company's established decision points for applicant approval to your community. Direct questions regarding these criteria to your management company.

## LEASE DECISION

### ACCEPT - 554

| Decline | Conditional | Accept |
|---------|-------------|--------|
| 200 | 525 | 525 ▲ 554 |

Accept Pending Review

### CRIMSAFE DECISION

### RECORD(S) FOUND

600 Please verify the applicability of these records to your applicant and proceed with your community's screening policies.

Agent Decision:

## SCREENING DETAILS

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Applicant Name:** | ABDULLAH WILSON | **SSN:** | ***-**-7543 |
| **Monthly Income:** | $3333 | **DOB:** | 12/30/1963 |
| **Phone:** | 0000000000 | **Email:** | |
| **Current Address:** | 4113 VERNON BV, LONG IS CITY NY 11101 | **Previous Address:** | |

### REPORTS AND LETTERS

| Report | Status |
|--------|--------|
| ScorePLUS | Complete |
| Experian Credit | Complete |
| RegistryCHECK | Complete |
| Multi-state PLUS and SafeRent IDentify | Record Found |
| CrimSAFE - Search Report | Record Found |

### MESSAGES

- Scanned by AppALERT.
- Current address: The City, State, Zip combination entered is invalid. City substituted to LONG IS CITY based on matching State and Z
- Prior to making leasing decision, always check criminal results.
- This applicant has been screened through the MSSO Search. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. Results associated with this, will reflect on CrimSAFE report.

### Letters
Welcome
Adverse Action

J

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| **Monthly Rent:** | $895 | **Security Deposit:** | $895 |
| **Total Income:** | $3333/month | **Lease Term:** | 12 Months |
| **Bedrooms:** | 1 | **Voucher Amount:** | 0 |
| **Marketing Source:** | | | |
| **Client Reference:** | | | |

RECEIVED
FEB 21 2013

05/02/12   03:14AM     HP LASERJET FAX                                           p.03



RECEIVED

FEB 21 2013

RECEIVED 05-01-'12 02:17     FROM-                    TO-    Legal Action Center    P0002/0014

CL-W000037

05/02/12  03:14AM   HP LASERJF FAX    p.04
Result Page                                                Page 5 of 11

| **ScorePLUS REPORT** | | | April 16, 2012 1:15 PM |
|---|---|---|---|
| **REPORT INFORMATION** | | | |
| Transaction No: | 0032473816 | Performed By: | PBADILLO |
| Performed On: | Monday April 16, 2012 / 13:14:38 EST | Property: | NR436 - Eastchester Heights |
| Request ID: | N9247652 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | ABDULLAH WILSON | SSN: | ***-**-7543 |
| Monthly Income: | $3333 | DOB: | 12/30/1963 |
| Phone: | 0000000000 | Email: | |
| Current Address: | 4113 VERNON BV, LONG IS CITY NY 11101 | Previous Address: | |
| **YOUR COMMUNITY'S DECISION** | | | |
| Applicant Decision: | ACCEPT - 554 | | |
| | Accept Pending Review | | |

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY. QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY.

**ALERT INFORMATION**

Refer to your management company's policy for handling of specific alerts.

**SCORE ATTRIBUTE**

If improved, the following items could positively impact this applicant's score.

** Credit

** Application Data

| **LEASE INFORMATION** | | | |
|---|---|---|---|
| Monthly Rent: | $895 | Security Deposit: | $895 |
| Total Income: | $3333 | Lease Term: | 12 Months |
| Bedrooms: | 1 | Marketing Source: | |
| Client Reference: | | Rent/Income: | 26 % |

ScorePLUS(SM) is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant. WARNING: A person must have permissible purpose under the Fair Credit Reporting Act(FCRA; 15 U.S.C. 1681-1681y) to obtain a consumer report. The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment. A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so. It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent, Inc. The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA. More information about consumer report user's obligations is available at www.ftc.gov/credit.

RECEIVED

FEB 21 2013

RECEIVED 05/01/12 02:17   FROM           TO   Legal Action Center    D0004/0014

CL-W000038

05/02/12   03:14AM   HP LASERJET FAX                                         p.05
Account Page                                                            Page 4 of 11

**EXPERIAN CREDIT REPORT**                                         April 16, 2012
                                                                        1:15 PM

                         REPORT INFORMATION SECTION

---

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | NR436 | Phone: | 718-515-0747 |
| Property Name: | Eastchester Heights | Fax: | 347-221-0073 |
| Request Date: | 04/16/2012 | Request Type: | Credit |
| Request ID: | N9247652 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/16/2012 13:14:24 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | ABDULLAH WILSON | Suffix: | |
| Current Address: | 4113 VERNON BV<br>LONG IS CITY, NY 11101 | SSN: | xxx-xx-7543 |
| Drivers License#: | | Drivers License State: | |

EXPERIAN CREDIT REPORT

---

```
TNA1 GAM 1956553    WILSON,ABDULLAH xxxxx7543;CA-4113 VERNON/LONG IS CITY NY
11101;Y-1963;T-29......;RM-I;U-EASTCHESTER HEIGHTS,RR-BOTH1,H-Y;V-07;PARSED;PSUM


PAGE 1   DATE  4-16-2012   TIME 12:14:18  V601  TNJ1

ABDULLAH J WILSON                   SS: xxx-xx-7543
4113 VERNON BLVD                    DOB: xx/30/63
LONG ISLAND CITY NY 111017116
RPTD: 2-12 U 6X
LAST SUB: 1925641


------------------------------- PROFILE SUMMARY -------------------------------
                                                               CNT 00/00/00/00
PUBLIC RECORDS-------0   PAST DUE AMT--------$0   INQUIRIES---1   SATIS ACCTS---6
INST/OTH BAL----$9,839   SCH/EST PAY--------$0+   INQS/6 MO---1   NOW DEL/DRG---0
R ESTATE BAL-------N/A   R ESTATE PAY-------N/A   TRADELINE---6   WAS DEL/DRG---0
TOT REV BAL--------N/A   TOT REV AVAIL------N/A   PAID ACCT---0   OLD TRADE--3-90

-------------------------------- SCORE SUMMARY --------------------------------
FICO SCORE                         =   740    SCORE FACTORS: 16, 01, 15

----------------------------------- TRADES ------------------------------------
SUBSCRIBER                 OPEN     AMT-TYP1    AMT-TYP2 ACCTCOND    PYMT STATUS
SUB#  KOB TYP TRM ECOA BALDATE      BALANCE   PYMT LEVEL MOS REV   PYMT HISTORY
ACCOUNT #                  LAST PD  MONTH PAY   PAST DUE  MAXIMUM      BY MONTH

DEPT OF EDUCATION/NELN    3-92    $1,196-O                    OPEN    CURR ACCT
xxxxx41 EL EDU 120-D 1  2-03-12   $1,698        2-12         ( 1) C
xxxxx0243651949                   UNK
DEFERRED PAYMENT START DATE: 07/03/2021 DEFERRED PAYMENT AMOUNT: UNK

DEPT OF EDUCATION/NELN    3-90    $1,000-O                    OPEN    CURR ACCT
```


RECEIVED
FEB 21 2013

RECEIVED 05-01-'12 02:17   FROM-                    TO- Legal Action Center   P0005/0014

CL-W000039

05/02/12   03:14AM      HP LASERJT FAX                                    p.06
Result Page                                                               Page 5 of 11

```
xxxxx41 EL EDU 120-D 1  2-03-12    $1,424       2-12       ( 1) C
xxxxx0243652049                    UNK
DEFERRED PAYMENT START DATE: 07/01/2021 DEFERRED PAYMENT AMOUNT: UNK

DEPT OF EDUCATION/NELN     9-90    $1,625-O                OPEN    CURR ACCT
xxxxx41 EL EDU 120-D 1  2-03-12    $2,307       2-12       ( 1) C
xxxxx0243652149                    UNK
DEFERRED PAYMENT START DATE: 06/10/2021 DEFERRED PAYMENT AMOUNT: UNK

DEPT OF EDUCATION/NELN     1-91    $2,285-O                OPEN    CURR ACCT
xxxxx41 EL EDU 120-D 1  2-03-12    $3,244       2-12       ( 1) C
xxxxx0243652249                    UNK
DEFERRED PAYMENT START DATE: 06/15/2021 DEFERRED PAYMENT AMOUNT: UNK

DEPT OF EDUCATION/NELN     1-91    $215-O                  OPEN    CURR ACCT
xxxxx41 EL EDU 120-D 1  2-03-12    $359        2-12        ( 1) C
xxxxx0243652349                    UNK
DEFERRED PAYMENT START DATE: 06/15/2021 DEFERRED PAYMENT AMOUNT: UNK

DEPT OF EDUCATION/NELN     6-90    $437-O                  OPEN    CURR ACCT
xxxxx41 EL EDU 120-D 1  2-03-12    $807        2-12        ( 1) C
xxxxx0243652449                    UNK
DEFERRED PAYMENT START DATE: 06/22/2021 DEFERRED PAYMENT AMOUNT: UNK

--------------------------------- INQUIRIES ---------------------------------
SAFERENT               3-23-12  1956553 2T       UNK REN

END -- EXPERIAN
```

--- End of Experian Report ---

RECEIVED

FEB 2 1 2013

RECEIVED 05 01 /12 02:17   FROM                    TO   Legal Action Center   D0006/0014

CL-W000040

05/02/12   03:14AM    HP LASERJET FAX                                          p.07
                                                                                 Page 6 of 11

**RegistryCHECK REPORT**                                                      April 16, 2012
                                                                                    1:15 PM

                                    REPORT INFORMATION SECTION

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | NR436 | Phone: | 718-515-0747 |
| Property Name: | Eastchester Heights | Fax: | 347-221-0073 |
| Request Date: | 04/16/2012 | Request Type: | Landlord Tenant |
| Request ID: | N9247652 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/16/2012 13:14:24 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | ABDULLAH WILSON | Suffix: | |
| Current Address: | 4113 VERNON BV<br>LONG IS CITY, NY 11101 | SSN: | xxx-xx-7543 |

                                         REPORT SUMMARY

| | | | |
|---|---|---|---|
| Report ID: | 0032473816 | Status: | Completed |

**COURT RECORDS ON FILE**

No Court Records Found

**PRIOR INQUIRY ON FILE**

RECORD - 1 of 1

| | | | |
|---|---|---|---|
| Applicant: | ABDULLAH WILSON | Date: | 03/23/2012 |
| Current Address: | 4113 VERNON<br>LONG ISLAND<br>CIT, NY 11101 | SSN: | xxx-xx-7543 |
| Previous Address: | | Employer: | |
| Member: | JM REAL ESTATES MANAGEMENT LLC | Phone: | (914) 637-6200 |

**SUPPLEMENTAL DATA RESOURCE**

NOTE: The supplemental resource list is not part of the consumer report. It does not represent derogatory information on the consumer. These listings are provided solely as a resource tool, designed to provide additional possible sources of information that may relate to the applicant. The customer is encouraged to contact these listings to determine whether additional information is available in connection with the applicant.

| | |
|---|---|
| Subject: | A WILSON |
| Address: | 84 GARAGE FLANNERY AVE<br>POUGHKEEPSIE NY 12601 |
| Landlord: | CORLIES MANOR    Phone: |
| Residency Dates: | 02/06 |
| Subject: | A WILSON |
| Address: | 950 WOODYCREST AVE 25D<br>BRONX NY 10453 |
| Landlord: | PINNACLE BRONX SOUTH LLC    Phone: |

RECEIVED
FEB 21 2013

RECEIVED 05 01 /12 03:17   FROM                   TO    Legal Action Center   P0007/0014

CL-W000041

| | |
|---|---|
| Residency Dates: | 01/06 |
| Subject: | A WILSON |
| Address: | 179 E 205 ST 7 BRONX NY 10458 |
| Landlord: | LLC 2120 REALTY ASSOC    Phone: |
| Residency Dates: | 05/08 |
| Subject: | A WILSON |
| Address: | 574 BERGEN AVE 114 JERSEY CITY NJ 07304 |
| Landlord: | 574 BERGEN AVENUE RE    Phone: |
| Residency Dates: | 05/09 |
| Subject: | A WILSON |
| Address: | 631 N BROAD 25 ST A ELIZABETH NJ 07208 |
| Landlord: | 631 NORTH BROAD    Phone: |
| Residency Dates: | 09/07 |

Screened BY AppALERT(SM)

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES, INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER. IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE: 1-888-333-2413.



RECEIVED
FEB 1 2013

05/02/12   03:14AM     HP LASERJ FAX                                    p.09
                                                                        Page 8 of 11

## MULTI-STATE Plus CRIMINAL SEARCH REPORT

April 16, 2012
1 : 15 PM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | NR436 | Phone: | 718-515-0747 |
| Property Name: | Eastchester Heights | Fax: | 347-221-0073 |
| Request Date: | 04/16/2012 | Request Type: | Criminal |
| Request ID: | N9247660 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/16/2012 13:14:40 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | ABDULLAH WILSON | Suffix: | |
| SSN: | xxx-xx-7543 | DOB: | 12/30/1963 |
| Address: | 4113 VERNON BV LONG IS CITY, NY 11101 | Request State: | ** |
| | | Request County: | ** |

### REPORT SUMMARY

| | | | |
|---|---|---|---|
| Report ID: | 0032473816 | Status: | RECORD FOUND |
| RECORD - 1 of 1 | | Record Type: | CRIMINAL COURT ACTION |
| Full Name: | GEORGE WILSON | | |
| Address: | | | |
| DOB: | 12/30/1963 | | |
| SSN: | | | |
| Jurisdiction: | QUEENS, NY | | |
| Reporting Agency: | NY DOC | | |
| Case Number: | 95A8435 NY STATE | | |
| Other Tracking: | Case#: 95A8435 NY State ID: 4677219N | | |
| Sex:  M  Race: | BLACK  Height:  Weight:  Eye Color:  Hair Color: | | |
| Comments: | | | |
| Offense - 1 | | | |
| File Date: | 12/05/1995 | | |
| Offense: | ROBBERY 2ND | | |
| Offense Severity: | Felony | | |
| Disposition: | CONVICTION | | |
| Disposition Date: | 12/05/1995 | | |
| Sentence: | 180 Month(s) | | |
| Sentence Date: | 12/05/1995 | | |
| Comments: | Second Felony Offender | | |

RECEIVED
FEB 21 2013

Additional Names and DOB used in Multi-State plus search


| SafeRent IDentify(TM) | | | April 16, 2012 |
|---|---|---|---|
| | | | 1:15 PM |
| Transaction Number: | 0032473816 | Request Number: | N9247652 |
| INPUT SSN VALIDATION: | SSN IS PRESUMED TO BE VALID | | |
| Report Status: | RECORD FOUND | | |

**Record 1 of 8**

| Name: | GEORGE WILSON | Street Address: | 4113 VERNON BLVD |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | LONG ISLAND CITY |
| DOB: | 00/00/0000 | State/ZIP: | NY/11101 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 08/2007 - |

**Record 2 of 8**

| Name: | GEORGE R WILSON | Street Address: | 2 4 ASTORIA BL 3H |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | ASTORIA |
| DOB: | 00/00/0000 | State/ZIP: | NY/11102 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 08/2006 - |

**Record 3 of 8**

| Name: | GEORGE WILSON | Street Address: | 2 4 ASTORIA BV 3H |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | ASTORIA |
| DOB: | 00/00/0000 | State/ZIP: | NY/11102 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 09/2004 - |

**Record 4 of 8**

| Name: | GEORGE WILSON | Street Address: | PO BOX 2002 |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | DANNEMORA |
| DOB: | 12/30/1963 | State/ZIP: | NY/12929 |
| Phone: | - - | County: | CLINTON |
| | | Residency: | 08/1997 - |

**Record 5 of 8**

| Name: | GEORGE WILSON | Street Address: | 354 HUNTER ST |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | OSSINING |
| DOB: | 00/00/0000 | State/ZIP: | NY/10562 |
| Phone: | - - | County: | WESTCHESTER |
| | | Residency: | 04/1996 - |

**Record 6 of 8**

| Name: | GEORGE WILSON | Street Address: | 204 ASTORIA APT BLVD APT 3H |
|---|---|---|---|
| SSN: | 053-xx-xxxx | City: | ASTORIA |
| DOB: | 12/30/1963 | State/ZIP: | NY/11102 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 03/1991 - |

RECEIVED
FEB 2 1 2013

**Record 7 of 8**

CL-W000044

| Name: | GEORGE WILSON | Street Address: | 2 4 ASTORIA BLVD APT |
| --- | --- | --- | --- |
| SSN: | 053-xx-xxxx | City: | ASTORIA |
| DOB: | 00/00/0000 | State/ZIP: | NY/11102 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 12/1990 - |

Record 8 of 8

| Name: | ABDULLAH J WILSON | Street Address: | 4113 VERNON BLVD |
| --- | --- | --- | --- |
| SSN: | 053-xx-xxxx | City: | LONG ISLAND CITY |
| DOB: | 00/00/0000 | State/ZIP: | NY/11101 |
| Phone: | - - | County: | QUEENS |
| | | Residency: | 04/2012 - |

REPORT DISCLAIMER

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED INTHIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT , INC.("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS. USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO INFORMATION CONTAINED IN THIS REPORT. WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.

RECEIVED

FEB 2 1 2013

**CrimSAFE REPORT**                                              April 16, 2012
                                                                     1 : 15 PM

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | NR436 | Phone: | 718-515-0747 |
| Property Name: | Eastchester Heights | Fax: | 347-221-0073 |
| Request Date: | 04/16/2012 | Request Type: | CrimSAFE |
| Request ID: | N9247652 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/16/2012 13:14:39 | | |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | ABDULLAH WILSON | Suffix: | |
| SSN: | xxx-xx-7543 | DOB: | 12/30/1963 |
| Address: | 4113 VERNON BV LONG IS CITY, NY 11101 | | |

## TRANSACTION(S) USED

| Request# | Type | State | County |
|---|---|---|---|
| N9247660 | MULTI-STATE PLUS MSSO | ** | ** |

### CrimSAFE RESULT

BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, DISQUALIFYING RECORDS WERE FOUND. PLEASE VERIFY THE APPLICABILITY OF THESE RECORDS TO YOUR APPLICANT AND PROCEED WITH YOUR COMMUNITY'S SCREENING POLICIES.

| **RECORD - 1 of 1** | | Report Type: | MULTI-STATE PLUS |
|---|---|---|---|
| Request#: | N9247660 | Record Type: | CRIMINAL COURT ACTION |
| Record ID: | 1 | | |
| Name: | GEORGE WILSON | | |
| DOB: | 12/30/1963 | | |
| SSN: | | | |
| Jurisdiction: | QUEENS,NY | | |
| Sex: Male  Race: | BLACK  Height: | Weight:    Eye Color: | Hair Color: |

NOTE: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. A public record has been found with elements matching the information presented by your applicant. However, it is your sole responsibility to compare these elements and/or to obtain additional verification of the information provided. Though records are obtained from government public record sources, the ACCURACY OR COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED. Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and the other applicable federal, state and local laws.

RECEIVED

FEB 2 1 2013

CL-W000046