# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

ABDULLAH JAMES GEORGE          :
WILSON, on behalf of           : Index No.
himself and others             :
similarly situated,            : C.A. No. 14-CV-2477(JPO)(RLE)
                               :
          Plaintiffs,          :
                               :
     vs.                       :
                               :
CORELOGIC SAFERENT, LLC,       :
                               :
          Defendant.           :

- - -

CONFIDENTIAL

        VIDEOTAPED DEPOSITION of MATTHEW KNOWLES, a
non-party witness herein, taken pursuant to Subpoena and
held at the offices of Gray|Robinson, 301 East Pine
Street, 14th Floor, Orlando, Florida 32801, on July 29,
2016, at 11:24 a.m., before Karen S. Rhine, FPR and
Notary Public of the State of Florida.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

MATTHEW KNOWLES-CONFIDENTIAL

```
 1   A P P E A R A N C E S:

 2

 3      FRANCIS & MAILMAN, P.C.
        BY:   LAUREN KW BRENNAN, ESQUIRE
 4      19th Floor, Land Title Building
        100 South Broad Street
 5      Philadelphia, Pennsylvania  19110
        (215) 735-8600
 6      -- Counsel for Plaintiff
        -- Appearance via Video Teleconference
 7

 8
        TROUTMAN SANDERS, LLP
 9      BY:   DAVID N. ANTHONY, ESQUIRE
        1001 Haxall Point, 15th Floor
10      Richmond, Virginia  23219
        (804) 697-5410
11      -- Counsel for Defendant

12
     ALSO PRESENT:
13
     Robert Cruz, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

**MATTHEW KNOWLES-CONFIDENTIAL**

1                        I   N   D   E   X

2

         WITNESS
3
             MATTHEW KNOWLES
4
         EXAMINATION                                   PAGE
5
             BY MS. BRENNAN:                              5
6

7

8
                     E X H I B I T S
9

10    EXHIBIT NO.     DESCRIPTION                      PAGE

11    Knowles-1   Amended Notice of Deposition          15

12    Knowles-2   Spreadsheet                           32

13    Knowles-3   NY OCA Kapow Conversion               43

14    Knowles-4   CL-W0082145                           56

15    Knowles-5   CL-W0082144/6 pages                   56

16    Knowles-6   NY DOC - Undercustody Inmates         60

17    Knowles-7   NY DOC - Released/Discharged          60

18    Knowles-8   Criminal Data Conversions             63

19    Knowles-9   Lease Decision                        98

20    Knowles-10  CL-W000053 - CL-W000062              110

21    Knowles-11  CL-W000063 - CL-W000068              114

22

23

24

25

MATTHEW KNOWLES-CONFIDENTIAL

```
 1              P R O C E E D I N G S
 2         THE VIDEOGRAPHER:  Today's date is July 29,
 3    2016.  The time is approximately 11:24 a.m.  My name
 4    is Robert Cruz.  I'm the videographer.  The court
 5    reporter is Karen Rhine.  We are here representing
 6    Summit Court Reporting.
 7         We are present at Gray|Robinson, Orlando,
 8    Florida.  We're here for the purpose of taking the
 9    deposition of Matthew Knowles.  The case is
10    instituted in the United States District Court,
11    Southern District of New York.
12         The short style of the case is Wilson, et al.
13    V. Corelogic SafeRent, LLC.  I will now ask the
14    attorneys to introduce themselves beginning with the
15    plaintiff's attorney.
16         MS. BRENNEN:  Lauren Brennen of Francis &
17    Mailman on behalf of the Plaintiff, Abdullah James
18    George Wilson and the class.
19         MR. ANTHONY:  David Anthony with Troutman
20    Sanders representing the Defendant.
21         THE VIDEOGRAPHER:  Would the court reporter
22    kindly swear in the witness.
23         MATTHEW KNOWLES, called as a witness by the
24    Plaintiff, having been first duly sworn, testified as
25    follows:
```

**MATTHEW KNOWLES-CONFIDENTIAL**



1          THE WITNESS:  I do.

**MATTHEW KNOWLES-CONFIDENTIAL**



**MATTHEW KNOWLES-CONFIDENTIAL**



MATTHEW KNOWLES-CONFIDENTIAL



**MATTHEW KNOWLES-CONFIDENTIAL**



**MATTHEW KNOWLES-CONFIDENTIAL**



MATTHEW KNOWLES-CONFIDENTIAL



**MATTHEW KNOWLES-CONFIDENTIAL**



MATTHEW KNOWLES-CONFIDENTIAL



**MATTHEW KNOWLES-CONFIDENTIAL**

1          MS. BRENNAN:   Thank you, Mr. Knowles.

2          MR. KNOWLES:   Thank you.   Have a good day.

3          THE VIDEOGRAPHER:   We're off the video record

4     at 3:50 p.m.

5          THEREUPON, the deposition of MATTHEW KNOWLES

6     was concluded at 3:50 p.m.

7          NOTE:   The original and one copy of the

8     foregoing deposition will be held by Ms. Brennan;

9     copy to Mr. Anthony.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MATTHEW KNOWLES-CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER OATH

 2

 3   STATE OF FLORIDA

 4   COUNTY OF ORANGE

 5

 6          I, the undersigned authority, hereby certify

 7   that the witness named herein personally appeared before

 8   me and was duly sworn.

 9          WITNESS my hand and official seal this 29th day

10   of July, 2016.

11

12

13

14

15          _____

16          Karen S. Rhine, FPR

17          Notary Public - State of Florida

18          My Commission No. FF942916

19          Expires:  February 16, 2020

20

21

22

23

24

25
```

**MATTHEW KNOWLES-CONFIDENTIAL**

1               REPORTER'S DEPOSITION CERTIFICATE

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6         I, Karen S. Rhine, FPR and Notary Public in and

7    for the State of Florida at Large, hereby certify that

8    the witness appeared before me for the taking of the

9    foregoing deposition, and that I was authorized to and

10   did stenographically and electronically report the

11   deposition, and that the transcript is a true and

12   complete record of my stenographic notes and recordings

13   thereof.

14        I FURTHER CERTIFY that I am neither an

15   attorney, nor counsel for the parties to this cause, nor

16   a relative or employee of any attorney or party

17   connected with this litigation, nor am I financially

18   interested in the outcome of this action.

19        DATED THIS 5th day of August, 2016 at Orlando,

20   Orange County, Florida.

21

22

23

24                    _____
                      Karen S. Rhine, FPR

25

Knowles Deposition
Exhibit 2



B



CL-0082146



CL-0082146



CL-0082146



CL-0082146



CL-0082146



CL-0082146

CL-0082146