# Exhibit 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| ABDULLAH JAMES GEORGE WILSON, on behalf of himself and others similarly situated, | : C.A. No: 14-CV-02477-JPO : : : |
| Plaintiffs, | : : |
| - against - | : : |
| CORELOGIC SAFERENT, LLC, | : : |
| Defendant. | : : |

- - -

VIDEOTAPED DEPOSITION OF PMK, ANGELA BARNARD, taken at TROUTMAN SANDERS, LLC, located at 11682 El Camino Real, Suite 400, San Diego, California, on Wednesday, July 20, 2016, at 8:06 a.m., before Jennifer Gibson, CSR No. 12802, a Certified Shorthand Reporter in the state of California.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

**ANGELA BARNARD**

```
 1   APPEARANCES:

 2   For the Plaintiff, Abdullah James George Wilson:

 3              FRANCIS & MAILMAN, P.C.
                BY:  LAUREN KW BRENNAN, ESQ.
 4              100 South Broad Street, Suite 1902
                Philadelphia, Pennsylvania 19110
 5              215.735.8600
                lbrennan@consumerlawfirm.com
 6

 7   For the Defendant, CoreLogic SafeRent:

 8              TROUTMAN SANDERS, LLP
                BY:  TIMOTHY J. ST. GEORGE, ESQ.
 9              1001 Haxall Point, 15th Floor
                Richmond, Virginia 23219
10              804.697.1254
                timothy.stgeorge@troutmansanders.com
11

12   Also Present:  Lynda Dixon, Video Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ANGELA BARNARD**

```
 1                      I N D E X
 2    WITNESS:  Angela Barnard
 3    EXAMINATION                                        PAGE
 4         By Ms. Brennan                                   5
 5         By Mr. St. George                               74
 6
 7
 8                     E X H I B I T S
 9    EXHIBIT                                           MARKED
10    Exhibit No. 1  -  Amended Notice of Deposition       4
11    Exhibit No. 2  -  Consumer Relations Policy Manual   4
12    Exhibit No. 3  -  Processing & Completing           46
                        Reinvestigations
13
      Exhibit No. 4  -  Letter from Mr. Wilson to CoreLogic 51
14                      SafeRent, Dated 2/13/13
15    Exhibit No. 5  -  AS-400 System Screenshots         53
16    Exhibit No. 6  -  Original Dispute Report           56
17
18
19
20
21
22
23
24
25
```

ANGELA BARNARD

```
 1                   SAN DIEGO, CALIFORNIA;
             WEDNESDAY, JULY 20, 2016, 8:06 A.M.
 2

 3        (Exhibit Nos. 1 and 2 premarked for identification.)

 4            VIDEOGRAPHER:  Good morning.  The time on the

 5   record is 8:06 a.m.  Today's date is July 20th, 2016.  My

 6   name is Lynda Dixon, contracted by Summit Court Reporting of

 7   Philadelphia, Pennsylvania.  The court reporter today is

 8   Jennifer Gibson.

 9            This begins the videotaped deposition of Angela

10   Barnard, testifying in the matter of Wilson versus care

11   logic[sic] -- CoreLogic in the United States District Court,

12   Southern District of New York, Case No. 14-CV-02477-JPO,

13   taken at 11682 El Camino Real, Suite 400, San Diego,

14   California 92130.

15            The video and audio recordings will take place

16   at all times during this deposition unless all counsel agree

17   to go off the record.  The beginning and end of each

18   videotape will be announced.  Will counsel please identify

19   yourselves and state whom you represent.

20            MS. BRENNAN:  Lauren Brennan of Francis &

21   Mailman on behalf of Abdullah James George Wilson, the

22   Plaintiff.

23            MR. ST. GEORGE:  Timothy St. George on behalf

24   of CoreLogic SafeRent, LLC, the Defendant.

25            THE VIDEOGRAPHER:  The court reporter may now
```

ANGELA BARNARD

```
 1  swear in the deponent.
 2                          -oOo-
 3  Whereupon,
 4                      ANGELA BARNARD,
 5     having been first duly sworn, testified as follows:
 6                          -oOo-
 7                        EXAMINATION
 8
 9          MR. ST. GEORGE:  And, Lauren, I'll just note at
10  the outset on the record that we've ordered a copy of the
11  transcript, and the witness will read and sign as well.
12          MS. BRENNAN:  Okay.  And just to be clear, the
13  defendant in this matter is CoreLogic SafeRent, LLC.  Are
14  we --
15          MR. ST. GEORGE:  Agreed.
16          MS. BRENNAN:  I believe the -- Okay.  I believe
17  the caption may have just said "CoreLogic."  So to be clear,
18  we're talking about the CoreLogic SafeRent, LLC, entity.
19  BY MS. BRENNAN:
20      Q.   Good morning, Ms. Barnard.
21      A.   Good morning.
22      Q.   Could you please, just for the record, state
23  and spell your full name.
24      A.   Sure.  It's Angela Barnard.  A-n-g-e-l-a
25  B-a-r-n-a-r-d.
```

**ANGELA BARNARD**



**ANGELA BARNARD**

```
1                    REPORTER'S CERTIFICATE

2    STATE OF CALIFORNIA      )
                              ) ss:
3    COUNTY OF SAN DIEGO      )

4        I, Jennifer Gibson, a Certified Shorthand Reporter

5    for the State of California, CSR No. 12802, do hereby

6    certify:

7        That the witness in the foregoing deposition was first

8    duly sworn by me to testify to tell the truth, the whole

9    truth, and nothing but the truth in the foregoing cause;

10   that the deposition was taken before me at the time and

11   place herein named; that the said deposition was reported

12   stenographically by me and transcribed through computer-

13   aided transcription under my direction; and that the

14   foregoing is a true record of the testimony elicited at said

15   deposition.

16       I do further certify that I am a disinterested person

17   in no way interested in the outcome of this action or

18   connected with or related to any of the parties or to their

19   respective counsel.

20       In witness whereof, I have hereunto set my hand this

21   _____ day of _____, 2016.

22                    _____
                         JENNIFER GIBSON, CSR No. 12802
23

24

25
```