# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                            :
ABDULLAH JAMES GEORGE WILSON, on                            :
behalf of himself and others similarly situated,            :

                              Plaintiffs,                    :        C.A. No. 14-CV-2477

                    - against -                              :        **DECLARATION OF**
                                                                     **ANNE MARIE MCGRATH**
CORELOGIC SAFERENT, LLC                                      :

                              Defendant.                     :

-------------------------------------------------------------- x

        I, ANNE MARIE MCGRATH, declare under penalty of perjury that the

foregoing is true and correct:

        1.      I am currently employed by the New York State Department of

Corrections and Community Supervision ("DOCCS") as Associate Commissioner of Population

Management.[1]  I have held that position since February 2015.

        2.      I began my employment with DOCCS in 1984 as a Senior Computer

Programmer/Analyst.  I worked in various capacities and titles within the office of Management

Information Systems, becoming the unit Director in April of 2012.  I continued in the title of

Director of Information Technology Services until October 2013, when I became a DOCCS

Assistant Commissioner.

        3.      DOCCS manages and operates prisons.  In this capacity, DOCCS is

responsible for the care, custody, and treatment of individuals sentenced to New York State

prison.  DOCCS also is responsible for supervising individuals placed on parole from prison.  In

---

[1]  In or around April 2011, the New York State Department of Correctional Services (DOCS)
and the New York State Division of Parole merged to form DOCCS.

-1-

line with the agency's purpose, DOCCS maintains incarceration and parole data for individuals who have been sentenced to prison in New York State.

4.      In my capacity as Associate Commissioner of Population Management, among other duties, I oversee the management of inmate and parolee data maintained and provided by DOCCS through its web-based system, as well as inmate and parolee data provided in response to Freedom of Information Law ("FOIL") requests received by DOCCS.

5.      With some limitations and/or restrictions, DOCCS maintains, reports, and provides incarceration and parole data relating to an individual's confinement to New York State prison. With regard to the underlying criminal conviction, DOCCS only maintains, reports, and/or provides information about the nature of the crime(s) and the class. DOCCS does not maintain, report, or provide other information, such as the date of conviction, date of offense, date of sentence, criminal case number associated with the conviction, or prior criminal conviction history of the individual.

6.      The inmate lookup system located on DOCCS's website (http://nysdoccslookup.doccs.ny.gov/kinqw00) provides information on the status and location of individuals currently or formerly incarcerated in the DOCCS prison system. Other than the nature of the crime(s) and its class, DOCCS inmate lookup system does not maintain, provide, or report any details relating to the underlying criminal conviction.

7.      Similarly, the parolee lookup system (http://www.doccs.ny.gov/lookup.html) located on DOCCS's website reports the parole status of individuals currently or formerly under parole supervision. Other than the nature of the crime(s) and its class, the parolee lookup system does not maintain, provide, or report any details relating to the underlying criminal conviction.

8.      The information that DOCCS provides via its web-based inmate and parolee lookups was traditionally available by telephone and mail; the web-based lookups attempted to minimize such requests.  DOCCS does not represent that the information it makes available via its web-based systems is current, complete and accurate, and does not allow users to use the inmate and parolee lookup systems for commercial purposes.

9.      The data that DOCCS provides via its web-based inmate and parolee lookups is extracted from the DOCCS's main inmate and parolee data system and is the same data and information that DOCCS would access and provide in response to a FOIL request for inmate or parolee data.

10.      DOCCS is not a repository for criminal conviction information in New York State.  Nor does DOCCS maintain, report, or provide data relating to individuals' criminal conviction history in New York State.  For example, DOCCS does not maintain, report, or provide data on individuals convicted of misdemeanors in New York State because they cannot be sentenced to serve state prison time.  DOCCS also does not maintain data on individuals convicted of felonies for which an individual was not sentenced to serve New York State prison time (e.g., plea resulting in probation).

11.      I reviewed Exhibit 1 (bearing bates number CL-W0082144), Exhibit 2 (bearing CL-W0082145), and Exhibit 3 (bearing bates numbers WILSON 00015-16), which are attached hereto to my declaration.  Exhibits 1 and 2, which are not dated, appear to be inmate information on a Mr. George Wilson provided in DOCCS native form.  The data in these exhibits is consistent with the native form data DOCCS would provide in response to a FOIL request for inmate data.

-3-

12.     Exhibit 3 appears to be inmate information on the same Mr. George Wilson accessed via DOCCS's web-based inmate lookup on August 7, 2012. This exhibit is consistent with the inmate lookup results from DOCCS's web based platform accessible to the public via the internet.

13.     As set forth above, the inmate and parolee data accessible via the DOCCS web-based platforms and the data provided in response to FOIL requests for inmate and parolee data is typically the same data because the data is retrieved from the same source, the DOCCS main data system.

14.     Exhibits 1-3 list the nature of the crime and class (robbery 2nd, Class C) that resulted in the individual's confinement to state prison. As set forth above, DOCCS does not maintain, provide, or report any details relating to the individual's criminal conviction resulting in state imprisonment.

15.     The DIN number listed on Exhibits 1-3 is "95A8435." DIN stands for Department Identification Number, a number assigned by DOCCS to each inmate admitted to DOCCS. The DIN number is not the case number associated with the criminal court case resulting in state confinement. DOCCS does not maintain, provide, or report the criminal case number associated with the criminal case resulting in imprisonment.

16.     Exhibit 3 references the "Date Received (Original)" as "12/05/1995." Exhibit 1 lists "19951205" under "NYRORRDT," which stands for "Date Received (Original)." The "Date Received (Original)" is the date on which the individual (inmate) was initially received into DOCCS custody, and it is not the criminal disposition date, date of offense, date of arrest, date of conviction, file date, or sentence date. Subsequent to an individual being sentenced to New York State prison, it typically takes 5-7 days after the date of sentence before

-4-

the individual is admitted into DOCCS custody, meaning that the date of sentence and the date
an individual is received into DOCCS custody are generally not the same date.

17.    Exhibit 3 references the "Date Received (Current)" as "12/05/1995".
Exhibit 1 lists "19951205" under "NYRLSRDT," which stands for "Date Received (Current").
"Date Received (Current)" is the most recent date that an inmate was accepted into DOCCS
custody to serve a sentence. This date may be the same as the "Date Received (Original)"
referenced in the preceding paragraph. The "Date Received (Current)" is not the criminal
disposition date, date of offense, date of arrest, date of conviction, file date, or sentence date.

I declare under penalty of perjury that the foregoing is true and correct.


ANNE MARIE MCGRATH

Executed on this 26 day of July 2016

# Exhibit 1

| NYRDIN | NYRLNAM | NYRFNAM | NYRMINI | NYRSUFX | NYRNYSID | NYRSEX | NYRDOB | NYREGRP | NYRRACE | NYRCSTS | NYRORRDT | NYRLSRDT | NYROFCCDE |
|--------|---------|---------|---------|---------|----------|--------|--------|---------|---------|---------|----------|----------|-----------|
| 95A8435 | WILSON | GEORGE | | | 4677219N | M | 19631230 | N | B | 4 | 19951205 | 19951205 | 060 |

| NYRDIN | NYRLNAM | NYRFNAM | NYROFNAME | NYRMSEPR | NYRTOTCRM | NYRC1AIND | NYRC1HIND | NYRCRCDE | NYRCRCDES | NYRCRCLSS | NYR1FOFF | NYRCOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95A8435 | WILSON | GEORGE | WALLKILL | | 001 | N | | 0502 | ROBBERY 2ND | C | 2 | 001 |

| NYRDIN | NYRLNAM | NYRFNAM | NYRCNTCDE | NYRCNTNAME | NYRCOURTNM | NYRC2ATIND | NYRHATEIND | NYRCRMCODE | NYRCRMDDES | NYRCRMCLS | NYR2FOFF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95A8435 | WILSON | GEORGE | 40 | QUEENS | SUPREME | | | | | | |

| NYRDIN | NYRLNAM | NYRFNAM | NYRCNTS | NYR2CCDE | NYR2CNTNM | NYR2CRTNM | NYRAMTIND | NYRHTEIND | NYRC3CDE | NYR3CDDES | NYR3CRCLS | NYR32FOFF |
|--------|---------|---------|---------|----------|-----------|-----------|-----------|-----------|----------|-----------|-----------|-----------|
| 95A8435 | WILSON | GEORGE | | | | | | | | | | |

| NYRDIN | NYRLNAM | NYRFNAM | NYR3CNTS | NYR3CCDE | NYR3CNNM | NYR3CTNM | NYRAMISEC | NYRAMXSEC | NYRPHERDT | NYRPHERTY | NYRPHELDT | NYRPEDATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95A8435 | WILSON | GEORGE | | | | | 00070600 | 00150000 | 200507 | RAOD | | 20030330 |

| NYRDIN | NYRLNAM | NYRFNAM | NYRTACMDT | NYRALCMTY | NYRCNDRDT | NYRMXEXDT | NYRREDICD | NYRREDIDS | NYRREDIDT |
|---|---|---|---|---|---|---|---|---|---|
| 95A8435 | WILSON | GEORGE | | | 20050930 | 20100930 | 230 | PAROLE DIV OF PAROLE | 20050308 |

Exhibit 2

| NYRDIN | NYRCRAIND | NYRCHTIND | NYRCRMCDE | NYRCDDES | NYRCCLS | NYR2FOFF | NYRCNTS | NYRCNTCD | NYRCNTNM | NYRCRTNM |
|---|---|---|---|---|---|---|---|---|---|---|
| 95A8435 | N | | 0502 | ROBBERY 2ND | C | 2 | 001 | 40 | QUEENS | SUPREME |

Exhibit 3

Case 1:14-cv-02477-JPO   Document 125-6   Filed 03/29/17   Page 17 of 18



New York State     ≡ State Agencies

Skip to Content

# Department of Corrections and Community Supervision

## Inmate Information

Inmate Information Data Definitions are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

### Identifying and Location Information
### As of 08/07/12

| DIN (Department Identification Number) | 95A8435 |
|---|---|
| Inmate Name | WILSON, GEORGE |
| Sex | MALE |
| Date of Birth | 12/30/1963 |
| Race / Ethnicity | BLACK |
| Custody Status | RELEASED |
| Housing / Releasing Facility | WALLKILL |
| Date Received (Original) | 12/05/1995 |
| Date Received (Current) | 12/05/1995 |
| Admission Type | |
| County of Commitment | QUEENS |
| Latest Release Date / Type (Released Inmates Only) | 03/08/05 PAROLE DIV OF PAROLE |

### Crimes of Conviction
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 08/07/12

| Crime | Class |
|---|---|
| ROBBERY 2ND | C |
| | |
| | |
| | |

WILSON  00015

## Sentence Terms and Release Dates
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
As of 08/07/12

| | |
|---|---|
| **Aggregate Minimum Sentence** | 0007 Years, 06 Months, 00 Days |
| **Aggregate Maximum Sentence** | 0015 Years, 00 Months, 00 Days |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Hearing Date** | 07/2005 |
| **Parole Hearing Type** | OPEN DATE/6 MO AFTER REAPPEARANCE |
| **Parole Eligibility Date** | 03/30/2003 |
| **Conditional Release Date** | 09/30/2005 |
| **Maximum Expiration Date** | 09/30/2010 |
| **Maximum Expiration Date for Parole Supervision** | |
| **Post Release Supervision Maximum Expiration Date** | |
| **Parole Board Discharge Date** | 03/28/2008 |

WILSON   00016