# Exhibit 6

```
 1
 2         UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4
 5   ABDULLAH JAMES GEORGE    )
     WILSON, on behalf of     )
 6   himself and others       )
     similarly situated,      ) Case No.
 7            Plaintiff,      ) 1:14-cv-2477
                              ) (JPO)(RLE)
 8          vs.               )
                              )
 9   CORELOGIC SAFERENT,      )
     LLC,                     )
10            Defendant.      )
     _____ )
11
12
13
14          ****CONFIDENTIAL****
15   DEPOSITION OF ABDULLAH JAMES GEORGE WILSON
16            New York, New York
17          Thursday, July 28, 2016
18
19
20
21
22   Reported By:
23   CATHI IRISH, RPR, CRR, CLVS, CCR
24
25
```

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8                      July 28, 2016
 9                       10:00 a.m.
10
11         Deposition of ABDULLAH JAMES
12    GEORGE WILSON, held at the offices of
13    Troutman Sanders LLP, 875 Third
14    Avenue, New York, New York, before
15    Cathi Irish, a Registered Professional
16    Reporter, Certified Realtime Reporter,
17    and Notary Public of the State of
18    New York.
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4       LEGAL ACTION CENTER
 5       Attorneys for Plaintiff
 6            225 Varick Street, 4th Floor
 7            New York, New York 10014
 8       BY:  MONICA WELBY, ESQ.
 9            KARLA LOPEZ, ESQ.
10
11       FRANCIS & MAILMAN
12       Attorneys for Plaintiff
13            100 South Broad Street
14            19th Floor
15            Philadelphia, Pennsylvania 19110
16       BY:  DAVID A. SEARLES, ESQ.
17
18       TROUTMAN SANDERS
19       Attorneys for Defendant
20            Troutman Sanders Building
21            1001 Haxall Point
22            P.O. Box 1122
23            Richmond, Virginia 23218
24       BY:  DAVID N. ANTHONY, ESQ.
25
```

Page 4

```
 1
 2   ABDULLAH JAMES GEORGE WILSON,  called as
 3        a witness, having affirmed to tell the
 4        truth, was examined and testified as
 5        follows:
 6   EXAMINATION
 7   BY MR. ANTHONY:
 8        Q.   My name is David Anthony.  I'm an
 9   attorney at Troutman Sanders in Richmond,
10   Virginia and I'm here today representing
11   the defendant CoreLogic SafeRent LLC.
12             Have you given your deposition
13   before?
14        A.   Pardon me?
15        Q.   Have you given your deposition
16   before?
17        A.   No.
18        Q.   You've never given a deposition
19   in any case?
20        A.   Yes.
21        Q.   Could you state your name for the
22   record?
23        A.   Abdullah Wilson, A-B-D-U-L-L-A-H.
24        Q.   That's your full name, are there
25   any other juniors or middle names or
```

Page 256

1    WILSON - CONFIDENTIAL
2    knowledge calls for speculation?
3    BY MR. ANTHONY:
4        Q.   To the best of your knowledge, do
5    you recall checking the New York
6    Department of Corrections' website as to
7    the status of your conviction prior to
8    April 2012?
9        A.   No.
10       Q.   So if you can point -- look at
11   Exhibit 1, can you tell me what's
12   inaccurate about this document?
13       A.   Page by page?
14       Q.   Page by page.  Take your time.
15       A.   (Witness perusing document.)
16            I have a question.  If you may,
17   will you be more precise in what is it I'm
18   looking for?
19       Q.   Am I correct that you are
20   alleging that CoreLogic provided an
21   inaccurate report to Eastchester about
22   you?
23       A.   I'm alleging that they provided
24   inaccurate and incomplete information
25   about me.

Page 257

1         WILSON - CONFIDENTIAL
2      Q.    So what in Exhibit 1 is
3   inaccurate and incomplete?
4      A.    (Witness perusing document.)
5            Do you know what the State case
6   number is?
7      Q.    Off the top of my head I don't.
8      A.    On page 8?
9      Q.    Off the top of my head, I don't.
10     A.    That's what I'm asking you
11  because I have no idea what it's referring
12  to when it says case number New York State
13  and tracking case number is 95A8435
14  New York State, reporting agent DOC.  And
15  again, Case and State I.D.
16           To the best of my knowledge, it
17  says report summary.
18     Q.    What page?
19     A.    Page 8.  It says disposition,
20  conviction, 12/05/95 which is incorrect.
21  Sentencing date, 12/05/95 which is
22  incorrect.
23     Q.    What was the disposition date?
24     A.    Disposition?  The date of
25  conviction?

Page 258

1       WILSON - CONFIDENTIAL
2       Q.    You said that the disposition
3    date was incorrect.  Why was it incorrect?
4       A.    What is the disposition date?
5       Q.    You said it was incorrect.
6       A.    Uh-huh.  This says date filed.
7    This was filed -- all the dates are the
8    same.  So the filing date, the conviction
9    date -- I mean the disposition date as
10   well as the sentence date all happened on
11   the same date.  This date has no reference
12   to my conviction.
13      Q.    Okay.  So what you're saying is
14   you think that the dates for the file date
15   and the disposition date and the sentence
16   date are incorrect?
17      A.    Yes.
18      Q.    What should they be?
19      A.    One, I was convicted in October.
20   I was sentenced in November.  And
21   disposition, I don't know what that is or
22   why are all three dates the same.
23      Q.    Okay.  What else in Exhibit 1 is
24   inaccurate or incomplete?
25      A.    At present, I really am trying to

| | |
|---|---|
| 1 | WILSON - CONFIDENTIAL |
| 2 | A.   That I'm black? |
| 3 | Q.   -- that the reporting of your |
| 4 | race as black was inaccurate?  Are we all |
| 5 | in agreement on that? |
| 6 |      MR. SEARLES:  Yes. |
| 7 |      THE WITNESS:  Yes. |
| 8 | BY MR. ANTHONY: |
| 9 | Q.   So if you go to paragraph 21 of |
| 10 | the complaint, do you see that? |
| 11 | A.   Yes. |
| 12 | Q.   Can you point me where in Exhibit |
| 13 | 1 are the inaccuracies that are reflected |
| 14 | in paragraph 21 of the complaint? |
| 15 | A.   As you see, it says the report |
| 16 | was inaccurate and contained public |
| 17 | information that was neither complete nor |
| 18 | up to date and which was legally obsolete |
| 19 | so the information that was provided to |
| 20 | Eastchester was not updated. |
| 21 | Q.   It was accurate but not up to |
| 22 | date? |
| 23 | A.   And it wasn't even accurate |
| 24 | because if you go down to third, as |
| 25 | pertaining to the dismissal -- fourth. |

Page 265

```
 1              WILSON - CONFIDENTIAL
 2       Q.    What I'm trying to get at,
 3   Mr. Wilson, is what's inaccurate and
 4   what's not up to date?
 5       A.    The case number.  What is the
 6   case number?  The case number that is
 7   there, that's inaccurate.
 8       Q.    So the case number on page 8 --
 9       A.    Yes.
10       Q.    -- of Exhibit 1 where it says
11   case number, colon, middle of the page,
12   you believe that's inaccurate?
13       A.    Well, I'm asking what is the case
14   number?  What defines a case number?
15       Q.    I'm asking you --
16       A.    It's inaccurate.
17       Q.    It's inaccurate?
18       A.    Yes.  That is a personal
19   identification number by the State of
20   New York.  That was my name, not my --
21       Q.    This 95A8435?
22       A.    When you enter the correction
23   system --
24       Q.    Let's not talk over each other.
25             You're saying this is not an
```

1           WILSON - CONFIDENTIAL
2    actual case number but is the personal
3    identification for you in the
4    incarceration system?
5        A.    Yes, it is.
6        Q.    So that's incorrect?
7        A.    Yes, it is.
8        Q.    Or inaccurate, let's use the
9    right words.
10       A.    Yes.
11       Q.    So in addition to that, it says
12   here in your complaint that the reference
13   conviction had been vacated and the
14   charges had been dismissed and sealed
15   years before, on or about October 19,
16   2009.
17            So it's inaccurate because it
18   does not contain that information?
19       A.    Doesn't reflect it.
20       Q.    Or incomplete?
21       A.    Whichever suits.
22       Q.    So the information here about the
23   conviction, there was a conviction but
24   it's not up to date to include that it had
25   been vacated and that the charges had been

```
                                                Page 267
 1              WILSON - CONFIDENTIAL
 2    dismissed or sealed years before on or
 3    about October 19, 2009?
 4        A.    This says disposition so
 5    therefore the disposition date also says
 6    12/05.
 7        Q.    You think that's wrong, too?
 8        A.    Yes, because I was convicted in
 9    October.
10        Q.    Okay.
11        A.    I was sentenced in November.
12        Q.    So then let's go down to where it
13    says fourth on the third line from the
14    bottom of paragraph 21, the report
15    misidentified the file date number of the
16    record.  What does that mean?  Is that
17    this line right here (indicating) where it
18    says file date, colon?
19            MS. WELBY:  Objection, asked and
20         answered.
21    BY MR. ANTHONY:
22        Q.    You can answer the question.
23        A.    File date.  What file date?  Was
24    this filed on that date?  Because reading
25    this, it says that I was convicted on this
```

Page 268

1           WILSON - CONFIDENTIAL
2    date, it was filed on that date and then
3    sentenced on that date.  All this happened
4    on the same date.  That's how it reads so
5    this is inaccurate information.
6         Q.   To the best of your knowledge,
7    there was nothing significant about your
8    conviction that occurred on December the
9    5th, 1995?
10        A.   I was convicted on October 3rd of
11   1995.  I don't know what date this was.  I
12   was in prison.  I was sentenced on
13   November 15, 1995.
14        Q.   If you go to the next sentence in
15   paragraph 21 on Exhibit 4, it
16   misidentified the state I.D. number.  Am I
17   correct that you're pointing to what's
18   right next to the case number that we
19   previously discussed, still on page 8?
20        A.   Yes.
21        Q.   Do you know what that number is,
22   the New York state I.D., do you know what
23   that means or why it's inaccurate?
24        A.   It's a City number.
25        Q.   It's a what number?

```
 1              WILSON - CONFIDENTIAL
 2        A.    It's a City number.
 3        Q.    As a City number, it's accurate
 4   but as a State number, it's inaccurate
 5   because it's a City number, not a State
 6   number?
 7        A.    Right.
 8        Q.    So really it should have said
 9   New York City I.D., is that what you're
10   saying?
11        A.    Basically, yes.
12        Q.    So other than what is described
13   in paragraph 21 of Exhibit 4, sitting here
14   today is there anything that you are
15   contending is inaccurate or incomplete in
16   Exhibit 1?
17        A.    I believe I answered that but I
18   will try my best again.  It's incomplete
19   in that it doesn't reflect --
20        Q.    No, no, no, you've answered this.
21   I'm saying is there anything that we
22   haven't covered?
23        A.    I wouldn't know the questions
24   you're going to ask me.
25        Q.    Let me try it again.
```

```
 1            WILSON - CONFIDENTIAL
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK      )
 4                          : ss.
 5   COUNTY OF NASSAU       )
 6
 7        I, CATHI IRISH, a Registered
 8   Professional Reporter, Certified Realtime
 9   Reporter, and Notary Public within and for
10   the State of New York, do hereby certify:
11        That ABDULLAH JAMES GEORGE WILSON, the
12   witness whose deposition is hereinbefore
13   set forth, was duly sworn by me and that
14   such deposition is a true record of the
15   testimony given by the witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage, and that I am
19   in no way interested in the outcome of
20   this matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 8th day of August, 2016.
23
24   _____
         CATHI IRISH, RPR, CRR, CLVS, CCR
25
```