UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABDULLAH JAMES GEORGE WILSON,

                        Plaintiff,

              -v-                         14-CV-2477 (JPO)

CORELOGIC SAFERENT, LCC,             <u>ORDER</u>

                    Respondent.

------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    The parties shall file a joint status letter on or before May 14, 2018.

    SO ORDERED.

Dated: May 1, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge