TIMOTHY J. ST. GEORGE
804.697.1254 telephone
804.698.1300 facsimile
tim.stgeorge@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
1001 Haxall Point
Richmond, VA 23219
804.697.1200 telephone
troutmansanders.com

May 14, 2018

**BY THE ELECTRONIC CASE FILING SYSTEM**
Hon. J. Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007-1312

    Re:    *Abdullah James George Wilson v. CoreLogic SafeRent, LLC*
            Case No. 1:14-cv-2477-JPO-RLE (S.D.N.Y)
            **Joint Status Report**

Dear Judge Oetken:

      In response to the Court's May 14, 2018 Order (Dkt. No. 137), Defendant, CoreLogic SafeRent, LLC, and Plaintiff, submit this joint status report.

      The parties have resolved this matter. They are in the process of signing the fully-agreed settlement agreement. The parties will file a joint notice of dismissal with prejudice upon full execution of the settlement agreement, and they anticipate that this matter will be formally dismissed with prejudice within thirty (30) days.

      We would be glad to discuss the status of the case further with the Court if Your Honor has any further questions. This status report has been seen and approved by Plaintiff's counsel.

                                Sincerely,

                                Timothy J. St. George

ATLANTA   BEIJING   CHARLOTTE   CHICAGO   HONG KONG   NEW YORK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC